IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Criminal No. 06-181
v. )
)
DESMOND HAM )

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said district, and files the following Position of the United States with respect to the Presentence Report prepared in this case, and avers as follows:

1. Government counsel has reviewed the Presentence Report and has no objections or request for modifications of the Report.

2. Government counsel has informed defense counsel of the government's position with respect to the Report.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

S/SHAUN E. SWEENEY
SHAUN E. SWEENEY
Assistant U.S. Attorney
U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 894-7311 (Fax)
Shaun.Sweeney@usdoj.gov
PA ID No. 53568